UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.10-61492-CIV-DIMITROULEAS

LIBERTY MEDIA HOLDINGS, INC.,
a California corporation,

        Magistrate Judge Snow

    Plaintiff,

v.

DOMAINCLUB PRIVACY SERVICE,
a Florida corporation, DOMAIN
ADMINISTRATOR; SEWORKS, LLC,
a Florida LLC, and DOES 1-10,

    Defendants.
_____/

## ORDER APPROVING NOTICE OF DISMISSAL
## AS TO DOMAINCLUB PRIVACY SERVICE

THIS CAUSE is before the Court upon Plaintiff's Notice of Dismissal as to DomainClub Privacy Service [DE 6], filed on September 1, 2010.  The Court has carefully considered Notice and the record and is otherwise fully advised in the premises.

Under Federal Rule of Civil Procedure 41(a)(1), a plaintiff may dismiss an action without a court order "before the opposing party serves either an answer or a motion for summary judgment," as is the case here.  Accordingly, it is **ORDERED AND ADJUDGED** as follows:

    1.    Plaintiff's Notice of Dismissal as to DomainClub Privacy Service [DE 6] is hereby **APPROVED**;

    2.    The above-styled case is **DISMISSED without prejudice** as to Defendant DomainClub Privacy Service;

    3.    This case shall remain pending as to the remaining Defendants.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this 2nd day of September, 2010.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of record