Exhibit A




Show Summary View    Guest! Login/Join

| Whois | Domain Search | Domain Suggestions | For Sale | Sales History | Auction Search | Domain Monitor | Domain Directory |
| Ping | Traceroute | My IP Address | Domain Parking | Cheap Domain Name Registration | Bulk Check | Domain Typo Generator | more> |

**Power Tools:** Reverse IP | Domain History | Mark Alert | Name Server Spy | Hosting History | Reverse Whois | Registrant Alert

**Sponsored Listings**

**Naked Singles**
The Sexiest Local Dating Online. Chat Today - Meet Tonight!
www.AmateurMatch.com

**Free Porn Videos Tube**
Stream or download all porn movies. Awesome quality XXX - 100% Free!
DevilTube.com

**Amateur Porn Sites**
Find True Amateur Home Made and First Timer Porn Sites!
www.SirRodney.com

## Whois: CorbinFisherNaked.com

Acquire this Domain Name

Search Whois Records [_____] Search

Whois Record | Site Profile | Registration | Server Stats | My Whois

### Whois Record

**Related Domains For Sale or At Auction**    1 More >

HenryCorbin.com ($1,249)    CorbinGas.com ($477)    CorbinHotels.com ($1,849)
CorbinHotel.com ($499)    SandraCorbinHomes.com ($588)

Reverse Whois:    "Seworks LLC" owns about 20 other domains
Email Search:    toddburme@msn.com is associated with about 22 domains
Registrar History:    1 registrar
NS History:    2 changes on 3 unique name servers over 1 year.
IP History:    2 changes on 3 unique name servers over 1 years.
Whois History:    14 records have been archived since 2009-02-23.
Dedicated Hosting:    corbinfishernaked.com is hosted on a dedicated server.

Log In or Create a FREE account to start monitoring this domain name

**DomainTools for Windows®**
Now you can access domain ownership records anytime, anywhere... right from your own desktop! Download Now>

**Country TLDs**    **General TLDs**
☐ CorbinFisherNaked.at    Buy
☐ CorbinFisherNaked.be    Buy
☐ CorbinFisherNaked.ch    Buy
☐ CorbinFisherNaked.cn    Buy
☐ CorbinFisherNaked.co.uk    Buy
☐ CorbinFisherNaked.de    Buy

Show all (18) >

Buy all selected >

```
Registrant:
   Seworks   LLC
   4700 Gulf of Mexico Drive
   D-206
   Longboat Key, FL 34228
   United States

   Domain Name: CORBINFISHERNAKED.COM
      Created on: 21-Feb-09
      Expires on: 21-Feb-11
      Last Updated on: 22-Feb-10

   Administrative Contact:
      Burmeister, Todd   toddburme@msn.com

      Seworks   LLC
      4700 Gulf of Mexico Drive
      D-206
      Longboat Key, FL 34228
      United States
      +1.6128037066    Fax --

   Technical Contact:
```

```
Burmeister, Todd    toddburme@msn.com
Seworks   LLC
4700 Gulf of Mexico Drive
D-206
Longboat Key, FL 34228
United States
+1.6128037066        Fax --

Domain servers in listed order:
   NS1.TECHIEMEDIA.NET
   NS2.TECHIEMEDIA.NET
```

Blog | Desktop Tools | Support | About Us | Contact Us | Terms of Service | Privacy | Memberships | Stock Ticker | Site Map

© 2010 DomainTools, LLC All rights reserved.

