Exhibit B

Show_Summary_View                                            Guest!  Login/Join

| Whois | Domain Search | Domain Suggestions | For Sale | Sales History | Auction Search | Domain Monitor | Domain Directory |
| Ping | Traceroute | My IP Address | Domain Parking | Cheap Domain Name Registration | Bulk Check | Domain Typo Generator | more> |

Power Tools: | Reverse IP | Domain History | Mark Alert | Name Server Spy | Hosting History | Reverse Whois | Registrant Alert |

Sponsored Listings

**Naked Singles**
The Sexiest Local Dating Online. Chat Today - Meet Tonight!
www.AmateurMatch.com

**Free Porn Videos Tube**
Stream or download all porn movies. Awesome quality XXX - 100% Free!
DevilTube.com

**Amateur Porn Sites**
Find True Amateur Home Made and First Timer Porn Sites!
www.SirRodney.com

# Whois: CorbinFisherNaked.com

Acquire this Domain Name

Search Whois Records [           ] Search

EURODNS — GRAB YOUR .ES DOMAIN FOR ONLY 5EUR / $7.50*

**Whois Record**  **Site Profile**  **Registration**  **Server Stats**  **My Whois**

## Registration

**Related Domains For Sale or At Auction**                                    1  More >

HenryCorbin.com ($1,249)        CorbinGas.com ($477)           CorbinHotels.com ($1,849)
CorbinHotel.com ($499)          SandraCorbinHomes.com ($588)

| | |
|---|---|
| ICANN Registrar: | GODADDY.COM, INC. |
| Created: | 2009-02-21 |
| Expires: | 2011-02-21 |
| Updated: | 2010-02-22 |
| Registrar Status: | clientDeleteProhibited |
| | clientRenewProhibited |
| | clientTransferProhibited |
| | clientUpdateProhibited |
| Name Server: | NS1.TECHIEMEDIA.NET (has 3,532 domains) |
| | NS2.TECHIEMEDIA.NET (has 3,532 domains) |
| Whois Server: | whois.godaddy.com |
| General TLDs: | CorbinFisherNaked.com  (registered and active website) |
| | CorbinFisherNaked.net  (never registered before) |
| | CorbinFisherNaked.org  (never registered before) |
| | CorbinFisherNaked.biz  (never registered before) |
| | CorbinFisherNaked.info  (never registered before) |
| | CorbinFisherNaked.us  (never registered before) |

**Country TLDs**   **General TLDs**

☐ CorbinFisherNaked.at       Buy
☐ CorbinFisherNaked.be       Buy
☐ CorbinFisherNaked.ch       Buy
☐ CorbinFisherNaked.cn       Buy
☐ CorbinFisherNaked.co.uk    Buy
☐ CorbinFisherNaked.de       Buy

Show all (18) >

**Buy all selected >**

Corbinfishernaked.com - Corbin Fisher Naked, Corbin Fisher Naked                                                                 8/17/10 1:22 PM

Blog | Desktop Tools | Support | About Us | Contact Us | Terms of Service | Privacy | Memberships | Stock Ticker | Site Map

© 2010 DomainTools, LLC All rights reserved.

